UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROMY R. STAMM, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI,[1] <br><br> Defendant. | CIVIL ACTION NO. 3:20-CV-02273 <br><br> (MEHALCHICK, M.J.) |

**ORDER**

AND NOW, this 31st day of December, 2021, in accordance with the Memorandum filed concurrently herewith, it is hereby **ORDERED** that:

1. The Commissioner's decision to deny Plaintiff Jeromy R. Stamm benefits under Title II of the Social Security Act is **AFFIRMED**;

2. The Clerk of Court is directed to enter **FINAL JUDGMENT** in favor of the Commissioner and against Stamm; and

3. The Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**

---

[1] The Court has amended the caption to replace, as the named defendant, Acting Social Security Commissioner Andrew Saul with his successor, Social Security Commissioner Kilolo Kijakazi. *See* Fed. R. Civ. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party.").